United States District Court
District of New Jersey

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 APR -9 A 10: 14

Autocephalous Aboriginal Moorish Afrimerican Ambassador of The Light of Truth, International Homeland Security & Education Dr. Admiral Ala'a d-Din Bey (Formerly Jason L.C.R, Amin-Bey, Ed.D.)

vs

Federal Public Defender, Patrick N. McMahon

Initial Complaint

## Jurisdiction

28 U.S.C. 1331 Provides That The District Courts Shall Have Original Jurisdiction of All Civil Actions Arising Under The Constitution, laws, or Treaties of The United States Including This Action that Questions Wether the Supreme Court of the United States of America have Article 3, Section 2, Clause 2 Jurisdiction to Move for Averment of Its Jurisdiction Upon Declaration From An Autocephalous Moorish Afrimerican Ambassador of The Light of Truth, International Homeland Security, & Education In Order To Review several Relevant Civil Cases in Correlation With The Estoppel of A Most Relevant Criminal Case In Which A Federal Public Defender Prevented Said Ambassador From Exercising His Pro Se Representation of His Self By Arbitrarily Claiming That Said Ambassador Was Incompetant To Stand Trial While Placing Him Under Duress In Willful Ignorance of Said Ambassador's Relevant Affidavit of Jurisdiction & Just Cause For Being In This United States District Court During The Time Of The Alledged Felony.

1 of 2

of the motion. Forty copies of each document shall be filed, with proof of service. Service shall be as required by Rule 29, except that when an adverse party is a State, service shall be made on both the Governor and the Attorney General of that State.

4. The case will be placed on the docket when the motion for leave to file and the initial pleading are filed with the Clerk. The Rule 38(a) docket fee shall be paid at that time.

5. No more than 60 days after receiving the motion for leave to file and the initial pleading, an adverse party shall file 40 copies of any brief in opposition to the motion, with proof of service as required by Rule 29. The Clerk will distribute the filed documents to the Court for its consideration upon receiving an express waiver of the right to file a brief in opposition, or, if no waiver or brief is filed, upon the expiration of the time allowed for filing. If a brief in opposition is timely filed, the Clerk will distribute the filed documents to the Court for its consideration no less than 10 days after the brief in opposition is filed. A reply brief may be filed, but consideration of the case will not be deferred pending its receipt. The Court thereafter may grant or deny the motion, set it for oral argument, direct that additional documents be filed, or require that other proceedings be conducted.

**Rule 18. Appeal from a United States District Court**

1. When a direct appeal from a decision of a United States district court is authorized by law, the appeal is commenced by filing a notice of appeal with the clerk of the district court within the time provided by law after entry of the judgment sought to be reviewed. The time to file may not be extended. The notice of appeal shall specify the parties taking the appeal, designate the judgment, or part thereof, appealed from and the date of its entry, and specify the statute or statutes under which the appeal is taken. A copy of the notice of appeal shall be served on all parties to the proceeding as required by Rule 29, and proof of service shall be filed in the district court together with the notice of appeal.

## Cause of Action

The Petitioner Above, Ambassador Dr. Admiral Ala'ad-Din Bey Believes That This United States District Court Made A Mistake In Its Application Of Law In Failing To Establish His Pro Se In Propria Status And Jurisdiction In Correlation With Exibits A, B, And C In Consideration Of The Fact That Said Petitioner Was Under Duress While Being Denied His Miranda Rights & Being Compelled To Receive The Unwanted Services Of A Federal Public Defender Contrary To His Islaamic Faith-Based Pro Se Litigation Practice In Addition To Being Compelled To Plead Guilty To A Felony Offense When He Was Only Trying To Defend His Right Of Self Preservation Against Being Approached Unlawfully From Behind By An Un Identified Law Enforcement Agent. As A Result Of His Mental Illness History The Petitioner Above Was Compelled To Accept The Public Defender's Claim That He Was Incompetant To Stand Trial Because He Had Never Been Before A Criminal Judge & Therefore Had No Criminal Record Much Less Any Experience In Navigating The Criminal Justice System Prior to The Advent of The Relevant Criminal Case No. 2:16-cr-91 & Federal Bureau Of Prisons #63706-050 records of His Efforts To Pro Se Litigate.

## Demand

A Court Order Demonstrating My Most Relevant Nomen Correction Of In Propria Persona In Addition To Re-opening & Terminating Criminal Case No. 2:16-cr-91 in This Court Upon Reconsideration & Exibits.

Ambassador Dr. A. Au Bey,    2 of 2

SUPREME COURT RULE 17                    17

### Rule 16. Disposition of a Petition for a Writ of Certiorari

1. After considering the documents distributed under Rule 15, the Court will enter an appropriate order. The order may be a summary disposition on the merits.

2. Whenever the Court grants a petition for a writ of certiorari, the Clerk will prepare, sign, and enter an order to that effect and will notify forthwith counsel of record and the court whose judgment is to be reviewed. The case then will be scheduled for briefing and oral argument. If the record has not previously been filed in this Court, the Clerk will request the clerk of the court having possession of the record to certify and transmit it. A formal writ will not issue unless specially directed.

3. Whenever the Court denies a petition for a writ of certiorari, the Clerk will prepare, sign, and enter an order to that effect and will notify forthwith counsel of record and the court whose judgment was sought to be reviewed. The order of denial will not be suspended pending disposition of a petition for rehearing except by order of the Court or a Justice.

## PART IV. OTHER JURISDICTION

### Rule 17. Procedure in an Original Action

1. This Rule applies only to an action invoking the Court's original jurisdiction under Article III of the Constitution of the United States. See also 28 U.S.C. §1251 and U.S. Const., Amdt. 11. A petition for an extraordinary writ in aid of the Court's appellate jurisdiction shall be filed as provided in Rule 20.

[Handwritten annotation: "Note This Amendment Was Ratified After 1774"]

2. The form of pleadings and motions prescribed by the Federal Rules of Civil Procedure is followed. In other respects, those Rules and the Federal Rules of Evidence may be taken as guides.

3. The initial pleading shall be preceded by a motion for leave to file, and may be accompanied by a brief in support